**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| **BAILEY JOHNSON,** | : | **Case No.** |
| **460 Vista Glen Drive** | : | |
| **Cincinnati, Ohio 45246** | : | **Judge** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **STRATEGIC EMS, LLC** | : | **JURY DEMAND ENDORSED HEREON** |
| **c/o Erica L. Fisher** | : | |
| **10179 Wayne Avenue** | : | |
| **Cincinnati, Ohio 45215** | : | |
| | : | |
| **Defendant.** | : | |

**COMPLAINT**

Now comes Plaintiff Bailey Johnson (hereafter "Plaintiff"), by and through undersigned counsel, and files her Complaint against Defendant Strategic EMS, LLC (hereafter "Defendant") states and avers as follows:

**THE PARTIES**

1.      Plaintiff is an individual residing in Hamilton County, Ohio. At all times alleged herein, Plaintiff was an employee of Defendant as the same has been defined by Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e(f) and Ohio Title 4112.

2.      Defendant is an Ohio limited liability company with its principal place of business in Cincinnati, Ohio, Hamilton County. At all times alleged herein, Defendant was Plaintiff's employer as the same has been defined by Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e(b) and Ohio Title 4112.

1

## JURISDICTION AND VENUE

3.     Jurisdiction over the statutory violation alleged is conferred pursuant to 28 U.S.C. § 1331, and 42 U.S.C. §2000e. Supplemental jurisdiction over Plaintiff's state law claims pursuant to Ohio Title 4112 is conferred pursuant to 28 U.S.C. § 1367.

4.     Venue is proper in the Southern District of Ohio Western Division because Defendant's principal place of business in Hamilton County, Cincinnati, Ohio.

5.     Plaintiff satisfied all pre-requisites for filing this lawsuit, including but not limited to obtaining a Notice of Right to Sue from the Equal Employment Opportunity Commission (hereafter the "EEOC Notice"). A copy of the EEOC Notice is attached hereto as Exhibit A.

## FACTUAL ALLEGATIONS

6.     Plaintiff incorporates the allegations in the preceding paragraphs as if fully rewritten herein.

7.     Plaintiff is a female.

8.     Plaintiff worked as a Paramedic for Defendant transporting patients to and from medical facilities since December 17, 2022.

9.     Defendant increased Plaintiff's pay at least twice during her tenure because of Plaintiff's good performance.

10.     Plaintiff's husband, Amos Johnson, was the Fire Chief for the Woodlawn Fire Department at the same time Plaintiff was employed with Defendant.

11.     Woodlawn Transport Solutions is a non-emergency service that is operated by the Woodlawn Fire Department.

12.     Amos Johnson operated the Woodlawn Transport Solutions.

13.     Defendant's drivers commonly worked for other companies that competed with Defendant while they were employed with Defendant.

14.     Plaintiff did not work for competing companies while she was employed with Defendant.

15.     Defendant terminated Plaintiff on June 18, 2025 because her husband worked for Woodlawn Fire Department, which Defendant considered a competitor.

16.     Other male drivers were not terminated for directly working for competing companies or if their spouses worked for competing companies.

17.     While Plaintiff was employed with Defendant, she did not have any discipline and received good performance reviews.

18.     Defendant's reason for Plaintiff's termination are false.

### COUNT I – SEX DISCRIMINATION
**Title VII & Ohio Title 4112**

19.     Plaintiff hereby incorporates all allegations set forth in the preceding paragraphs as if fully rewritten herein.

20.     Defendant discriminated against Plaintiff with respect to the terms, conditions, and privileges of her employment because of her gender, female.

21.     Plaintiff is a member of a protected class, female, and was qualified for the position.

22.     Defendant terminated Plaintiff for pre-textual reasons because of her gender, all in violation of 42 USC § 2000(e) and Ohio Title 4112.

23.     By terminating and treating Plaintiff differently and otherwise discriminating against her on the basis of her gender, Defendant committed unlawful employment practices within the meaning of 42 U.S.C. § 2000(e) in violation of Title VII of the Civil Rights Act of 1964, as amended and Ohio Title 4112.

3

24.     As a direct and proximate result of Defendant's conduct in contravention of Title VII of the Civil Rights Act of 1964 and Ohio Title 4112 as set forth above, Plaintiff has suffered damages including, but not limited to, emotional and physical distress, suffering, inconvenience, mental anguish, loss of enjoyment of life, lost wages and income and other benefits to which Plaintiff was entitled in an amount to be determined at trial.

**WHEREFORE**, Plaintiff Bailey Johnson prays that this Court award a judgment against Defendant Strategic EMS, LLC on all counts, for compensatory and punitive damages including, but not limited to, emotional and physical distress, suffering, inconvenience, mental anguish, loss of enjoyment of life, punitive damages, lost wages and income and other benefits to which Plaintiff is entitled in an amount to be determined at trial and an award of Plaintiff's costs and reasonable attorney fees incurred relating to this action; ALL TOGETHER WITH such other relief as may be just, necessary and proper.

Respectfully submitted,

KEMP, SCHAEFFER & ROWE CO., L.PA.

/s/Erica Ann Probst
Erica Ann Probst (0073486)
Andrea L. Salvino (0097768)
88 West Mound Street
Columbus, Ohio 43215
Telephone:     (614) 232-8692
Facsimile:     (614) 469-7170
Email: Erica@ksrlegal.com
            ASalvino@ksrlegal.com
*Counsel for Plaintiff*

4

## JURY DEMAND

Now comes Plaintiff, by and through counsel, and hereby demands that a jury hear the above case.

Respectfully submitted,

KEMP, SCHAEFFER & ROWE CO., L.PA.

/s/Erica Ann Probst
Erica Ann Probst (0073486)
Andrea L. Salvino (0097768)
88 West Mound Street
Columbus, Ohio 43215
Telephone:     (614) 232-8692
Facsimile:     (614) 469-7170
Email: Erica@ksrlegal.com
          ASalvino@ksrlegal.com
*Counsel for Plaintiff*